# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| SAFRON HUOT, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Docket no. 1:17-CV-263-NT |
| MONTANA STATE DEPARTMENT OF CHILD AND FAMILY SERVICES, et al., | ) |
| Defendants | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On July 1, 2017, the United States Magistrate Judge filed with the court, with copies to the Plaintiff, his Recommended Decision. (ECF No. 9). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Plaintiff's complaint is **DISMISSED** without prejudice.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 15th day of August, 2017.